# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2025

### NO. 03-24-00427-CR

**Gregory Alejandro Chavez, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.